1  KATHLEEN STRICKLAND (SBN 64816)
   STEPHAN CHOO (SBN 284395)
2  ROPERS MAJESKI PC
   75 Broadway, Suite 202
3  San Francisco, CA  94111
   Telephone:  415.543.4800
4  Facsimile:   415.972.6301
   Email:      kathleen.strickland@ropers.com
5              stephan.choo@ropers.com

6  Attorneys for Defendant
   WALMART, INC.

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  REBECA ORTIZ,                          Case No.  '20 CV 2219 GPC AGS

12              Plaintiff,                  Superior Court Case No. ECU001414

13       v.                                **NOTICE OF REMOVAL OF
                                           CIVIL ACTION TO UNITED
14  WALMART, INC., a corporation; and      STATES DISTRICT COURT**
    DOES 1 to 25,
15                                         **DEMAND FOR JURY TRIAL
                Defendant.                 PURSUANT TO FEDERAL RULES
16                                         OF CIVIL PROCEDURE RULE
                                           38(a)**
17

18

19

20

21      **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

22      PLEASE TAKE NOTICE that Defendant WALMART, INC. ("Defendant"

23  or "WALMART") hereby removes the above-entitled civil action from the Superior

24  Court of the State of California for the County of Imperial to the United States

25  District Court for the Southern District of California, pursuant to 28 U.S.C. § 1332

26  et seq., since there is complete diversity in this matter and the amount in

27  controversy (exclusive of interest and costs) exceeds $75,000, which is the

28  jurisdictional minimum amount for diversity jurisdiction in this Court. WALMART

ROPERS
MAJESKI

A Professional Corporation
San Francisco

alleges as follows:

1.    On May 28, 2020, Plaintiff REBECA ORTIZ ("Plaintiff") filed with the Superior Court of the State of California, for the County of Imperial, the above-entitled civil action bearing case number ECU001414 in the records and files of the Court ("Complaint").  The Complaint was served on Defendant on October 16, 2020. (Declaration of Stephan Choo ["Choo Dec."] ¶2 and **Exh. A**.)

2.    On November 5, 2020, Defendant filed and served an answer to the Complaint in the State Court action.  (Choo Dec. ¶3 and **Exh. B**.)

3.    At the commencement of this action and all times herein mentioned, Defendant was and is a corporation duly organized and existing under the laws of Delaware, with its principal place of business in the State of Arkansas.

4.    Plaintiff REBECA ORTIZ is an individual domiciled in, and a citizen of, the State of California.

5.    Plaintiff's Complaint appears to allege two causes of action for general negligence and premises liability.  The Complaint does not pray for a specific amount of damages or specific injuries Plaintiff allegedly suffered.  Plaintiff, however, served Statement of Damages on October 16, 2020 along with the Complaint.  The Statement of Damages reveals that Plaintiff has incurred $119,790.72 for past medical expenses along with $200,000 for future medical expenses, $100,000 for loss of earning and $300,000 for loss of future earning capacity. (Choo Dec. ¶4 and **Exh. C**.)

7.    The Statement of Damages establishes the amount in controversy in this case to exceed $75,000.  (Choo Dec. ¶5.)

9.    Accordingly, the District Court of the United States for the Central District of California has original jurisdiction under 28 U.S.C. § 1332 in that complete diversity of citizenship exists and the amount in controversy exceeds $75,000, which therefore permits this civil action to be removed to the District Court of the United States for the Central District of California by Defendant

pursuant to 28 U.S.C. § 1441(b)(a).

10.     This notice of removal is timely because it was filed within 30 days of the action becoming removable, and within one year after commencement of this action due to Plaintiff's bad faith action pursuant to 28 U.S.C. §1446(c)(l).

11.     WHEREFORE, Defendant files this Notice of Removal of this action from the aforesaid Superior Court, in which it is now pending, to the United States District Court for the Southern District of California.

12.     WHEREFORE, Defendant prays that this action be removed from the Superior Court of the State of California for the County of Imperial to the United States District Court for the Southern District of California.

Dated:  November 13, 2020                    ROPERS MAJESKI PC


By: */s/ Stephan Choo*
          KATHLEEN STRICKLAND
          STEPHAN CHOO
          Attorneys for Defendant
          WALMART, INC.