UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECA ORTIZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC.;<br>and CESAR RICO,<br><br>　　　　　　　　　Defendants. | Case No.: 20cv2219-LL-AGS<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[ECF No. 38]** |

On January 25, 2022, Plaintiff Rebeca Ortiz and Defendant Walmart, Inc. filed a Stipulation for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 38. Parties may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court notes that Defendant Cesar Rico filed an answer to Plaintiff's first amended complaint on October 13, 2021 and has thus appeared. ECF No. 33. However, Mr. Rico is not mentioned in the stipulation at all. *See* ECF No. 38. Nor does defense counsel indicate in the signature line that they represent Mr. Rico in addition to Walmart, Inc. *See id.* Therefore, the Court finds the Stipulation invalid and orders the

/ / /

/ / /

parties to submit an amended stipulation for voluntary dismissal that is signed by all parties who have appeared or seek dismissal by Court order.

**IT IS SO ORDERED**.

Dated:  January 27, 2022

_____
Honorable Linda Lopez
United States District Judge